UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ERIC MAHANEY, ET AL. | : | |
| v. | : | CASE NO. 3:07CV1205 (VLB) |
| C & S WHOLSALE GROCERS, INC., ET AL. | : | |

JUDGMENT

This action having come on for consideration of the plaintiff's complaint [doc.#1] before the Honorable Vanessa L. Bryant, United States District Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling and Order on February 29, 2008, where the Court had ordered the plaintiff's to serve the complaint on the defendants on or before January 4, 2008. The Complaint was never served in violation of the Court's order.

It is hereby, ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor the defendants, C & S Wholsale Grocers, Inc. and XYZ Plan Admin.

Dated at Hartford, Connecticut, this 3rd day of March, 2008.

ROBERTA D. TABORA, CLERK

By:_____/s/_____
Robert K. Wood
Deputy Clerk